UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-4424 SI (pr) |
| ERVIN SONNY SAVOY, | **ORDER OF DISMISSAL** |
| Plaintiff. | |

This action was opened when the court received from Ervin Sonny Savoy a letter in which he complained about some of the conditions at the prison at which he was incarcerated. In an effort to protect his rights, it was filed as a new action. Savoy was informed that he had not filed a complaint, and was given thirty days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed *in forma pauperis*, and was given thirty days to either pay the fee or file the application. A copy of the court's form *in forma pauperis* application was provided with the notice, along with a return envelope. Savoy did not file a complaint or an *in forma pauperis* application. This action therefore is DISMISSED without prejudice. No fee is due.

Although Savoy did not file either a complaint or an *in forma pauperis* application, he did send to the court a letter (Docket # 4), that appears to ask whether he can be excused from the requirement that he exhaust administrative remedies. The court will not issue an advisory opinion about the need to exhaust administrative remedies for an unfiled complaint. Savoy is

informed that, if he wishes to complain about the medical care he is receiving at Mule Creek State Prison, the proper venue for him to file a civil rights action is in the U.S. District Court for the *Eastern* District of California.

The clerk shall close the file.

IT IS SO ORDERED.

Dated: October_9, 2012

                                              SUSAN ILLSTON
United States District Judge